IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

UNTIED STATES OF AMERICA

VS.                                                             CASE NO. 2:10CR11-P-S

MICHAEL GUYTON

**ORDER**

Before the court is Defendant Michael Guyton's motion for reconsideration (# 28). The court has considered the motion and finds that for good cause shown, it should be granted. Accordingly, the defendant's motion is GRANTED, and the bond now required for the defendant is a $10,000.00 unsecured bond.

**SO ORDERED** this 25th day of May, 2010.

/s/ David A. Sanders
U. S. MAGISTRATE JUDGE